UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL BROOKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN FENDER, et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-01185-CDS-EJY<br><br>**ORDER** |

　　On June 28, 2024, Plaintiff, proceeding *pro se*, submitted an incomplete application to proceed *in forma pauperis* ("IFP") together with a Civil Rights Complaint under 42 U.S.C. § 1983. ECF Nos. 1, 1-1.  The IFP application is incomplete because it fails to include Plaintiff's inmate trust fund account statement for the previous six-month period.

　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice.

　　IT IS FURTHER ORDERED that on or before **September 9, 2024**, Plaintiff must either pay the $405 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed in Forma Pauperis for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.  Even if Plaintiff has not been in the custody of the Clark County Detention Center a full six-month period, Plaintiff must submit his inmate financial certificate and trust fund account statement for the dates he has been at the facility.  28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2.

　　IT IS FURTHER ORDERED that the Clerk of the Court **must** send Plaintiff the approved form application to proceed *in forma pauperis* for inmate along with the information and instructions for filing the same.

　　IT IS FURTHER ORDERED that failure to either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **September 9, 2024**, may result in a

1

recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1) but will not file it at this time.

Dated this 4th day of July, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE